IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMERON C SCOTT

    Plaintiff,

v.                                                Case No.  1:16-cv-227-WTH-GRJ

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Pending before the Court is ECF No. 22, Defendant's Unopposed Motion for Remand Under 42 U.S.C. § 405(g) Sentence Four.

Defendant requests the Court to remand this case under sentence four of § 405(g) so that an administrative law judge may further evaluate the evidence of record and issue a new administrative decision. Defendant states that upon remand, the ALJ will evaluate whether Plaintiff's impairments meet or equal a listing, including Listing 12.05. Defendant has conferred with counsel for Plaintiff, who represents that Plaintiff does not object to this motion.

Title 42, United States Code, Section 405(g), empowers the Court to reverse the decision of the Commissioner with or without remanding the

cause for a rehearing.[1] Where the district court cannot discern the basis for the Commissioner's decision, a sentence four remand may be appropriate to allow him to explain the basis for his decision.[2] On remand under sentence four, the administrative law judge ("ALJ") should review the case on a complete record, including any new material evidence.

Accordingly, it is **RECOMMENDED** that:

1. Defendant's Unopposed Motion for Remand Under 42 U.S.C. § 405(g) Sentence Four, ECF No. 22, should be **GRANTED**.

2. The Commissioner's decision denying benefits to Plaintiff should be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand the ALJ will evaluate whether Plaintiff's impairments meet or equal a listing, including Listing 12.05, and issue a new decision.

3. The **Clerk** should be directed to enter judgment accordingly, terminate any pending motions, and close the file.

**IN CHAMBERS** this 10th day of April, 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must**

---

[1] *Shalala v. Schaefer*, 509 U.S. 292 (1993).

[2] *Falcon v. Heckler,* 732 F.2d 827, 829-30 (11th Cir. 1984).

**be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**