UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMERON C SCOTT,

    PLAINTIFF,

-vs-                                                      Case No. 1:16-cv-00227-WTH-GRJ

NANCY A BERRYHILL,

    DEFENDANT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 23, 2017. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 23, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "Defendant's Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g), Doc. 22, is **GRANTED**.

3. The Commissioner's decision denying benefits to Plaintiff is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the ALJ will evaluate whether Plaintiff's impairments meet or equal a listing, including Listing 12.05, and issue a new decision."

4. The clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 15th day of May, 2017.

_____

UNITED STATES DISTRICT JUDGE